IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIK JOHNSON and MATTHEW TOPORSKI, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>        Plaintiffs,<br><br>  v.<br><br>PINSTRIPES, INC., PINSTRIPES NORTHBROOK, LLC, and DALE R. SCHWARTZ,<br><br>        Defendants. | Case No. 12 C 1018<br><br>Judge Gettleman<br><br>Magistrate Judge Rowland |

**JOINT MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

The Parties, by their counsel, hereby move this Court for an order preliminarily approving the Class Action Settlement. In support of this motion, Named Plaintiffs submit the Settlement Agreement, a memorandum of law, and related documents.

/s/Jamie G. Sypulski
Class Counsel

LAW OFFICE
JAMIE GOLDEN SYPULSKI
Jamie G. Sypulski
150 South Michigan Avenue
Suite 1000
Chicago, IL 60601
Telephone (312) 332-6202

WERMAN SALAS, P.C.
Douglas M. Werman
Maureen A. Salas
Werman Salas, P.C.
77 West Washington
Suite 1402
Chicago, IL 60602
Telephone (312) 419-1008

/s/Joel O'Malley
Counsel for Defendants

DORSEY & WHITNEY LLP

Joseph W. Hammell
Ryan E. Mick
Joel O'Malley
50 S 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone (612) 340-2600